UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ANTIOCO RAMIREZ-RAMIREZ, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. CR-11-00232 SBA <br><br> ORDER GRANTING STIPULATED REQUEST TO CONTINUE CHANGE OF PLEA AND SENTENCING DATE TO OCTOBER 5, 2011 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties jointly requested that this Court continue the sentencing hearing to October 5, 2011 at 10:00 a.m.  Defense counsel needs additional time to perform investigation and preparation of sentencing arguments.  Counsel for the government is unavailable on September 13 and September 20.  The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

**IT IS HEREBY ORDERED** that the change of plea and sentencing in this matter is continued to October 5, 2011 at 10:00 a.m. and that time between September 13, 2011 and October 5, 2011 is excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel, and 18 U.S.C. § 3161(h)(1)(G) for the Court's consideration of the proposed plea agreement.

DATED:_9/7/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. REQ. TO CONTINUE COP & SENTENCING DATE TO OCTOBER 5, 2011
No. CR-11-00232 SBA